RECEIVED
IN ALEXANDRIA, LA.

JUL 0 2 2009

TONY R. MOORE, CLERK
BY_____ah_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETER ROY ALFRED, JR.<br>LA. DOC. #315023 | DOCKET NO. 09-cv-0300; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CORRECTIONS CORPORATION OF<br>AMERICA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of July, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**