RECEIVED
IN ALEXANDRIA
JUL 0 2 2009
TONY R. MOORE
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| PETER ROY ALFRED, JR. | CIVIL ACTION NO. 1:09-cv-00300 |
|---|---|
| -vs- | JUDGE DRELL |
| CORRECTIONS CORPORATION OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

## RULING AND ORDER

Before the Court is Plaintiff's "Motion for a Voluntary Dismissal" (Document No. 6), which was filed after the Magistrate Judge recommended Plaintiff's suit be dismissed as frivolous (Document No. 5). Thus, Plaintiff, who has multiple lawsuits pending in this Court, is obviously attempting to avoid being assessed a "strike" under 28 U.S.C. § 1915(g). Such gamesmanship will not be allowed. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for a Voluntary Dismissal" (Document No. 6) is DENIED.

SIGNED on this /__ day of July, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE